UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HENRY THOMPSON and
GEORGE VARGHA, individually
And on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                      Case No. 8:24-cv-0859-KKM-AAS

SOUTHSTATE BANK, N.A.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs HENRY THOMPSON and GEORGE VARGHA, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant, SOUTHSTATE BANK, N.A., without prejudice, with each party to bear their own fees and costs.

Dated: June 27, 2024        Respectfully submitted,

                                            */s/Jeff Ostrow*
                                            Jeff Ostrow (FBN 121452)
                                            **KOPELOWITZ OSTROW P.A.**
                                            One W. Las Olas Boulevard, Ste. 500
                                            Fort Lauderdale, FL 33301
                                            Tel: (954) 332-4200
                                            ostrow@kolawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

*/s/ Jeff Ostrow*
Jeff Ostrow
